**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SHANK/BALFOUR BEATTY, A Joint Venture of M.L. Shank Co., Inc. and BALFOUR BEATTY CONSTRUCTION, INC.,**<br>**Plaintiff,**<br><br>**v.**<br>**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 99 a/k/a IBEW LOCAL 99.,**<br>**Defendant.** | : | **CA 06 43 ML**<br>**C.A. No.** |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441(b) and 1446(a), Defendant International Brotherhood of Electrical Workers, Local 99 ("Defendant"), removes this action to the United States District Court for the District of Rhode Island. As grounds for the removal, Defendant states as follows:

1. On January 20, 2006, Defendants received a copy of the complaint attached hereto as Exhibit A.

2. Defendant International Brotherhood of Electrical Workers, Local 99, is a labor organization in an industry affecting commerce for purposes of the National Labor Relations Act, 29 U.S.C. § 152(5).

3. Plaintiff Shank/Balfour Beatty, A Joint Venture of M.L. Shank Co., Inc. and

Balfour Beatty Construction, Inc., is an employer in an industry affecting commerce for purposes of the National Labor Relations Act, 29 U.S.C. § 152(2).

4. The Court has original jurisdiction over this action pursuant to the National Labor Relations Act, 28 U.S.C. § 185(a) and 28 U.S.C. § 1331

5. Copies of all process, pleadings and orders served upon Defendant in this action are attached hereto as Exhibit A.

Defendant,
By its attorneys,

Gerard P. Cobleigh, #0232
70 Jefferson Boulevard
Warwick, RI 02888
(401) 941-5900
(401) 461-4107

Carly Beauvais Iafrate, #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

## CERTIFICATION

I hereby certify that a copy of the within document has been mailed to Girard R. Visconti, Esq., Visconti & Boren, Ltd., 55 Dorrance Street, Providence, RI 02903, on the 27 th day of January 2006.