**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **SHANK/BALFOUR BEATTY, A Joint Venture of M.L. Shank Co., Inc. and BALFOUR BEATTY CONSTRUCTION, INC.,** **Plaintiff,** | |
| | C.A. No. 06-043 ML |
| **v.** **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 99 a/k/a IBEW LOCAL 99.,** **Defendant.** | |

**LOCAL RULE 81(b) FILING**

Pursuant to Local Rule 81(b), Defendant International Brotherhood of Electrical Workers, Local 99, files the following documents:

EXHIBIT A: A copy of Defendant's notice of removal.

EXHIBIT B: A certified copy of the Rhode Island Superior Court's docket.

EXHIBIT C: A certified copy of Plaintiff's Complaint filed in the Rhode Island Superior Court.

EXHIBIT D: A certified copy of Plaintiff's Civil Cover Sheet filed in the Rhode Island Superior Court.

EXHIBIT E: A certified copy of the removal notice filed in the Rhode Island Superior Court.

EXHIBIT F: A certified copy of the receipt for filing fee in the Rhode Island Superior Court.

Defendant,
By its attorneys,

Gerard P. Cobleigh, #0232
70 Jefferson Boulevard
Warwick, RI 02888
(401) 941-5900
(401) 461-4107

Carly Beauvais Iafrate, #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

**CERTIFICATION**

I hereby certify that a copy of the within document has been mailed to Girard R. Visconti, Esq., Visconti & Boren, Ltd., 55 Dorrance Street, Providence, RI 02903, on the 27th day of January 2006.

STATE _ RHODE ISLAND AND PROVIDENCE PLA ATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PM-2006-0167 SHANK BAKFOUR BEATTY V INTERNATIONAL BROTHERHOOD

Filing Date: 01-09-2006
Case Status: UNASSIGNED

Case Type: OTHER MISCELLANEOUS PETITION
Status Date: 01-09-2006

Plaintiff: SHANK/BALFOUR BEATTY — Attorney: GIRARD VISCONTI
ID: @10707388

Plaintiff: M.L. SHANK COMPANY INC — Attorney: GIRARD VISCONTI
ID: @10707389

Plaintiff: BALFOUR BEATTY CONSTRUCTION INC — Attorney: GIRARD VISCONTI
ID: @10707390

Defendant: INTERNATIONAL BROTHERHOOD OF ELECT
ID: @10707393

Defendant: IBEW LOCAL 99
ID: @10707394

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 01-09-2006 | COMPLAINT FILED | |
| 01-09-2006 | INITIAL FILING FEE | |
| 01-09-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP218433. |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island