**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

SHANK/BALFOUR BEATTY, A Joint Venture of M.L. SHANK COMPANY, INC. and BALFOUR BEATTY CONSTRUCTION, INC.

v.

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 99 a/k/a IBEW LOCAL 99

C.A. No.: 06-43ML

**ORDER**

A pretrial conference was held on March 14, 2006 before Judge Lisi and after hearing thereon and in consideration thereof, it is hereby

**ORDERED, ADJUDGED, AND DECREED**

1. That the plaintiff shall amend its complaint, if at all, on or before April 14, 2006.

2. That the plaintiff shall file its motion to vacate with memorandum on or before May 12, 2006.

3. That the defendant shall reply to plaintiff's motion to vacate in the form of a motion to confirm with memorandum according to United States District Court of Rhode Island Local Rules.

4. That on or before May 12, 2006, the parties shall prepare any joint exhibits for filing with this Court.

**ENTERED** as an **ORDER** of this Honorable Court this 16 day of March, 2006.

Mary M. Lisi
Judge 3/15/06

Barbara Barletta
Clerk

Presented by:

Girard R. Visconti, #0566
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Telephone)
(401) 421-9302 (Facsimile)

**CERTIFICATION**

I, the undersigned, do hereby certify that I mailed a true copy of the within document on this 15th day of March, 2006 to:

Carly Beauvais Iafrate, Esq.
170 Westminster Street
Suite 601
Providence, RI 02903

Gerard P. Cobleigh, Esq.
Cobleigh & Giacobbe
70 Jefferson Blvd.
Warwick, RI 02888

Susan McAfee