UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHANK/BALFOUR BEATTY, A Joint Venture of M.L. SHANK COMPANY, INC. and BALFOUR BEATTY CONSTRUCTION, INC. | : | |
| v. | : | C.A. No.: 06-43ML |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 99 a/k/a IBEW LOCAL 99 | : | |

## MOTION TO AMEND COMPLAINT

Now comes the Plaintiff in the above matter and hereby moves to amend its Complaint in accordance with Amended Complaint attached hereto.

Defendants have no objection.

WHEREFORE, Plaintiff moves that its Amended Complaint be granted.

In addition, the Trial Conference with this Honorable Court is stated through its Order that Plaintiff shall file its Amended Complaint.

Respectfully submitted,

Plaintiff,
Shank/Balfour Beatty A Joint Venture of M.L. Shank Company, Inc. and Balfour Beatty Construction, Inc.
by their Attorney:

GRANTED
Mary M. Lisi
U.S.D.J. 4/14/06

Girard R. Visconti, #0566
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Telephone)
(401) 421-9302 (Facsimile)

Dated: 4-13-06

J:\SHARED\SEC2N\Shank-Local 99\Motion to Amend Complaint 4-10-06.wpd

**CERTIFICATION**

I hereby certify that on the 13th day of April, 2006, a copy of the within document was forwarded by regular mail, postage prepaid to the following:

Gerald P. Cobleigh, Esq.
70 Jefferson Blvd.
Warwick, RI 02888

Carly Beauvais Iafrate, Esquire
170 Westminster Street
Suite 601
Providence, RI 02903

J:\SHARED\SEC2N\Shank-Local 99\Motion to Amend Complaint 4-10-06.wpd