**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

SHANK/BALFOUR BEATTY, A Joint Venture of M.L. SHANK COMPANY, INC. and BALFOUR BEATTY CONSTRUCTION, INC.

v. C.A. No.: 06-43ML

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 99 a/k/a IBEW LOCAL 99

**MOTION FOR AN EXTENSION OF TIME**

Now comes the plaintiff in the above matter and hereby moves for an extension of time to file its motion to vacate with memorandum from May 12, 2006 to May 31, 2006. Opposing counsel has no objection.

The undersigned has conferred with defendant's counsel who seeks a response date to plaintiff's motion to vacate on or before June 16, 2006, to which plaintiff hereby consents.

Plaintiff,
Shank/Balfour Beatty A Joint Venture of M.L. Shank Company, Inc. and Balfour Beatty Construction, Inc.
By their Attorney:

Girard R. Visconti, #0566
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Telephone)
(401) 421-9302 (Facsimile)

**GRANTED**
Mary M. Lisi
**Mary M. Lisi**
**U.S.D.J.** 5/1/06