**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SHANK/BALFOUR BEATTY and BALFOUR BEATTY CONSTRUCTION, INC., Plaintiffs,** | : | |
| **v.** | : | **C.A. No. 06-43ML** |
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 99, Defendant.** | : | |

**AMENDED ANSWER AND AMENDED COUNTERCLAIM OF INT'L BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 99**

The Defendant, International Brotherhood of Electrical Workers, Local 99 ("Defendant"), answers Plaintiffs' Amended Complaint as follows:

Preamble

1. Defendant admits that the Plaintiff's original Complaint was in the nature of a Motion to Vacate and/or Motion to Modify an arbitral award and filed in Rhode Island Superior Court.

2. Admitted.

Complaint

1. This statement is purely jurisdictional and thus, no response is necessary.

2. Admitted.

3. Admitted.

4. This statement is purely jurisdictional, and thus, no response is necessary.

5. Admitted.

6. Defendant admits that the parties executed a Special Tunnel Agreement ("Agreement") that exempted jurisdictional disputes.

7. Defendant admits that it filed the grievance. Defendants deny Plaintiff's characterization of the substance of the grievance and other proceedings.

8. Defendant denies that the arbitrator lacked jurisdiction. Defendant admits that the Plaintiff noted his disagreement with the arbitrator's jurisdiction.

9. Defendant is without sufficient information and belief to admit or deny when Plaintiff received the arbitration award. Defendant admits a copy of the award is attached to the Amended Complaint.

10. Denied.

11. Denied.

WHEREFORE, Defendant prays the relief sought by the Plaintiffs be denied and that it be granted such other and further relief, including attorneys' fees and costs, as this Honorable Court shall deem appropriate.

## IBEW's AMENDED COUNTERCLAIM/ MOTION TO CONFIRM ARBITRATION AWARD

International Brotherhood of Electrical Workers, Local 99 ("IBEW") through its attorneys, respectfully requests this Court to confirm the arbitration award entered by Arbitrator Albert G. Murphy ("Arbitrator") on October 10, 2005 ("Award").

## STATEMENT OF FACTS

1. In March 2002, IBEW and the Company executed a Special Tunnel Agreement ("Agreement").

2. Within the Agreement, specifically Article 11, the parties set forth a grievance/arbitration procedure for the resolution of disputes.

3. Pursuant to Article 11, a grievance was filed by the Union on or about May 2002 with regard to a dispute over unsafe job conditions caused when an unqualified foreman performed electrical work which should otherwise have been performed by Local 99.

5. Defendant requested both monetary and equitable relief.

6. The grievance was resolved in favor of IBEW, following Arbitration, on October 10, 2005.

7. The Arbitrator ordered that the grievance be sustained; that a licensed electrician be assigned to the third shift; and awarded monetary relief.

8. The Arbitrator made factual findings, based on the testimony and the record that the matter was not a jurisdictional dispute and that the grievance was otherwise arbitrable.

9. The Award should be confirmed because the Arbitrator acted within his authority by issuing an award that draws its essence from the Agreement and is based upon a passably plausible interpretation of the Agreement. Furthermore, the Plaintiffs cannot prove that the Arbitrator manifestly disregarded the law, that the award was completely irrational, or should otherwise not be enforced.

10. Accordingly, the Award should be enforced by this Honorable Court.

WHEREFORE, IBEW prays for an order confirming the Arbitration Award dated October 10, 2005, as well as an order demanding that the Company comply with the

Arbitrator's decision. IBEW also prays that it be granted such other and further relief, including attorney's fees and costs, as this Honorable Court shall deem appropriate.

International Brotherhood of Electrical Workers, Local 99
By its attorneys,


__________________________
Gerard P. Cobleigh, #0232
70 Jefferson Boulevard
Warwick, RI 02888
Tel. (401) 941-5900
Fax (401) 461-4107

__________________________
Carly Beauvais Iafrate, #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)


**CERTIFICATION**

I hereby certify that a copy of the within document has been sent by first-class mail to Girard R. Visconti, Esq., Visconti & Boren, Ltd., 55 Dorrance St., Providence, RI 02903 on the 25th day of May 2006.

__________________________