**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

SHANK/BALFOUR BEATTY, A Joint Venture :
of M.L. SHANK COMPANY, INC. and :
BALFOUR BEATTY CONSTRUCTION, INC. :
:
v. : C.A. No.: 06-43ML
:
INTERNATIONAL BROTHERHOOD OF :
ELECTRICAL WORKERS LOCAL 99 a/k/a :
IBEW LOCAL 99

**MOTION FOR AN EXTENSION OF TIME**

Now comes the plaintiff in the above matter and hereby moves that this honorable court allow it to respond to the defendant's memorandum (opposing plaintiff's motion to vacate) on or before Wednesday, June 28, 2006. Opposing counsel has no objection.

Plaintiff,
Shank/Balfour Beatty A Joint Venture of M.L. Shank Company, Inc. and Balfour Beatty Construction, Inc.
By their Attorney:

Girard R. Visconti, #0566
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Telephone)
(401) 421-9302 (Facsimile)

**CERTIFICATION**

I, the undersigned, do hereby certify that I mailed a true copy of the within document on this 21st day of June, 2006 to:

Gerard P. Cobleigh, Esq.
Cobleigh & Giacobbe
70 Jefferson Blvd.
Warwick, RI 02888

Carly Beauvais Iafrate, Esq.
129 Dyer Street
Providence, RI 02903

Susan Mayes