UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**SHANK/BALFOUR BEATTY, A Joint Venture of M.L. SHANK COMPANY, INC. And BALFOUR BEATTY CONSTRUCTION, INC.**

**VS.** **C.A. NO. 06-43ML**

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 99, a/k/a IBEW LOCAL 99**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, International Brotherhood of Electrical Workers Local 99, a/k/a IBEW Local 99, against the Plaintiffs, Shank/Balfour Beatty and Balfour Beatty Construction, Inc., pursuant to the Memorandum and Order dated September 19, 2006 DENYING Plaintiffs' Motion to Vacate the Arbitration Award and GRANTING Defendant's Motion to Confirm the Arbitration Award.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: September 19, 2006