**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SHANK/BALFOUR BEATTY and BALFOUR BEATTY CONSTRUCTION, INC., Plaintiffs,** | : | |
| **v.** | : | **C.A. No. 06-43ML** |
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 99, Defendant.** | : | |

**DEFENDANT'S OBJECTION TO PLAINTIFFS' MOTION**
**TO ALTER OR AMEND JUDGMENT**
**PURSUANT TO RULES 59(e), 60(a) and 60(b)**

Now comes the Defendant, International Brotherhood of Electrical Workers, Local 99 ("Union"), and hereby objects to the motion to alter or amend the judgment and for relief under federal rules 59(e), 60(a) and (b), filed by the Plaintiffs.

In support of this objection, the Union relies on the accompanying memorandum of law.

International Brotherhood of
Electrical Workers, Local 99
By its attorneys,

/s/ Gerard P. Cobleigh
________________________
Gerard P. Cobleigh, #0232
70 Jefferson Boulevard
Warwick, RI 02888
Tel. (401) 941-5900
Fax (401) 461-4107

/s/ Carly Beauvais Iafrate
________________________
Carly Beauvais Iafrate, #6343
129 Dyer Street
Providence, RI 02903

(401) 421-0065
(401) 421-0964 (fax)

**CERTIFICATION**

The undersigned hereby certifies that this document has been filed electronically on this 11th day of October 2006, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Girard R. Visconti
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

/s/ Carly Beauvais Iafrate
______________________________