**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SHANK/BALFOUR BEATTY, A Joint Venture of M.L. SHANK COMPANY, INC., and BALFOUR BEATTY CONSTRUCTION, INC. | : | C.A. No.: 06-43ML |
| v. | : | |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 99 a/k/a/ IBEW LOCAL 99 | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Shank/Balfour Beatty, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Final Judgment and the Memorandum and Order entered in this action on the 19th day of September, 2006.

DATED: October 12, 2006

Respectfully submitted,

Attorneys for Plaintiff,
Shank/Balfour Beatty, A Joint Venture of M.L. Shank Company, Inc. and Balfour Beatty Construction, Inc.

/s/ Girard R. Visconti
**Visconti & Boren Ltd.**
55 Dorrance Street
Providence, RI 02903
Tel. No. (401) 331-3800
Fax No. (401) 421-9302
grv@viscontilaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 12th day of October, 2006 and is available for viewing and downloading to the ECF registered counsel of record:

**Via Electronic Service/ECF:**

**Carly Beauvais Iafrate, Esq.**
ciafrate@verizon.net

The undersigned hereby certifies that on this 12th day of October, 2006, a true copy of the within document was forwarded via U.S. Mail, postage prepaid, to the following counsel of record:

**Via U.S. Mail, postage prepaid:**

Gerard P. Cobleigh, Esq.
Cobleigh & Giacobbe
70 Jefferson Boulevard
Warwick, RI 02888

/s/ Girard R. Visconti
**Visconti & Boren Ltd.**
55 Dorrance Street
Providence, RI 02903
Tel. No. (401) 331-3800
Fax No. (401) 421-9203
grv@viscontilaw.com

J:\SHARED\SEC2N\Shank-Local 99\Notice of Appeal of 10-12-06.wpd