UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

October 13, 2006

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CA 06-043ML **CCA#** ____________

Shank/Balfour Beatty... v. International Brotherhood of Electrical Workers Local 99

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By____________
John Duhamel
Deputy Clerk

Enc.: **Case File, incl. Doc# 18 Original Transcript (8/23/06) re: M/Vacate, M/Confirm Arbitration Award;**
**Certified Docket**