*United States District Court*
*For The District of Rhode Island*
*Providence, RI 02903*

*November 16, 2006*

*Richard Donovan, Clerk*
*U.S. Court of Appeals*
*1 Courthouse Way, Suite 2500*
*Boston, MA 02210*

*RE: Shank/Balfour V. Local 99*
*USDC-RI CA 06-43ML*
*USCA # 06-2480*

*Dear Mr. Donovan:*

*Enclosed herewith you will find a supplement on appeal relative to the above-captioned appeal.*

*Kindly acknowledge receipt for the same on the enclosed copy of this letter and return to the undersigned. Thank you.*

*Sincerely yours,*

*David A. DiMarzio*
*Clerk of Court*

*By: Barbara Barletta*
*Barbara L. Barletta*
*Deputy Clerk*

*Enc. Stipulation made part of record per request of counsel (DE 31)*