06-43

# United States Court of Appeals
## For the First Circuit

---

No. 06-2480

SHANK/BALFOUR BEATTY, a Joint Venture of
M.L. Shank, Co., Inc. and Balfour Beatty Construction, Inc.,

Plaintiff, Appellant,

v.

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS
LOCAL 99, a/k/a IBEW LOCAL 99,

Defendant, Appellee.

---

**JUDGMENT**

Entered: August 6, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court against Balfour Beatty is vacated and the case is remanded with instructions that Balfour Beatty be deleted from the judgment. In all other respects, the judgment is affirmed. Costs are awarded to Local 99.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: S Pedrazzini Date: 8-6-07

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[Certified Copies: Hon. Mary M. Lisi and David DiMarzio, Clerk, United States District Court for the District of Rhode Island]
[cc: Stephen J. Schultz, Esq., Mark T. Bennett, Esq., Carly B. Iafrate, Esq. and Gerard P. Cobleigh, Esq.]