06-00043 ML

# United States Court of Appeals
## For the First Circuit

No. 06-2480

SHANK/BALFOUR BEATTY a Joint Venture of M.L. Shank, Co., Inc. and Balfour Beatty Construction, Inc.,

Plaintiff, Appellant,

v.

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 99, a/k/a IBEW LOCAL 99,

Defendant, Appellee.

TAXATION OF COSTS

Entered: November 9, 2007
**Pursuant to 1st Cir. R. 27.0(d)**

Costs in favor of **appellee** are taxed as follows:

Reproduction of brief .............$75.94

TOTAL ........$75.94

Pursuant to Fed. R. App. 39 (d)(3), the district court is directed to add this taxation of costs to the mandate issued on October 1, 2007

By the Court:
RICHARD CUSHING DONOVAN, Clerk

By: ______________________
Appeals Attorney

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY
FIRST CIRCUIT COURT OF APPEALS
BOSTON MA
By: [signature] Date 11/9/07

[cc: Stephen J. Schultz, Esq., Mark T. Bennett, Esq.,
Carly B. Iafrate, Esq., Gerard P. Cobleigh, Esq.]